UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FILE NUMBER: 06-CIV-1202 (BSJ)

-----------------------------------------------------------------x

AMY R. GURVEY,

                Plaintiff,

    v.

COWAN LIEBOWITZ & LATMAN, PC.,
CLEAR CHANNEL COMMUNICATIONS, INC.,
INSTANTLIVE CONCERTS, LLC, LIVE
NATION, INC., NEXTICKETING, INC., DALE
HEAD, STEVE SIMON, and DOES I-VIII,
INCLUSIVE,

                Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEAL**

FILED U.S. DC
MAY 22 2009
S.D. OF N.Y.

Notice is hereby given that Amy R. Gurvey, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dismissing plaintiff's claims against all defendants entered in this action on the 24th day of April, 2009.

Date: May 22, 2009

                                    SQUITIERI & FEARON, LLP
                                    Attorneys for Plaintiff

                                    By: _____
                                        Lee Squitieri
                                    32 East 57th Street
                                    12th Floor
                                    New York, New York 10022
                                    (212) 421-6492