SDNY/NYNY
06-cv-1202
Jones, J.
Katz, J.

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of June, two thousand and nine,

Amy R. Gurvey,

  Plaintiff-Appellant,

  v.

Cowan, Liebowitz & Lathman, PC, Clear Channel Communications, Inc., Live Nation, Inc., Instant Live Concerts, LLC, Does 1 - X, Nexticketing, Inc., William Borchard, Midge Hyman, Baila Celedonia, Christopher Jensen, Dale Head, Steve Simon, Michael Gordon, Susan Schick,

  Defendants-Appellees.

ORDER
Docket Number: 09-2185-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2009

A motion or motions of the type specified by Rule 4(a)4 of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, the above numbered and entitled appeal is hereby stayed to await final disposition of said motion(s).

Movant below is hereby directed to inform this Court, in writing, as to the status of each such motion, at thirty-day interval from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

Parties are advised that appellate review of the lower court's disposition regarding any such motion requires a timely filed amended notice of appeal.

Very truly yours,
Catherine O'Hagan Wolfe, Clerk

By: _____
Dylan Beesley, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

CERTIFIED:
JUN 1 7 2009