UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMY R. GURVEY,                                    CIVIL ACTION NO.:
                                                  06-CV-1202 (BSJ)
                Plaintiff,

   -against-

COWAN, LIEBOWITZ & LATMAN, PC,                    **NOTICE OF MOTION**
CLEAR CHANNEL COMMUNICATIONS,
INC., INSTANTLIVE CONCERTS, LLC,
LIVE NATION, INC., NEXTICKETING, LLC,
DALE HEAD, STEVE SIMON and DOES I-VIII,
INCLUSIVE,

                Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed Declaration of Lee Squitieri, individually and on behalf of Squitieri & Fearon, LLP, and upon all prior proceedings herein, counsel will move this Court before the Honorable Barbara S. Jones, United States District Judge for the Southern District of New York, on the 3rd day of May, 2010, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

    1. An Order allowing the undersigned to withdraw as counsel of record for plaintiff Amy Gurvey, pursuant to Local Rule 1,4 and New York Disciplinary Rule 2-110, 22 N.Y.C.R.R. § 1200.15(c)(1)(f)(5);

    2. An Order granting Amy Gurvey thirty (30) days to either retain new counsel, or appear pro se; and

    3.   Such other and further relief as the Court deems just and proper.

Date:   April 21, 2010

                                      SQUITIERI & FEARON, LLP

                                      By: /s/ Lee Squitieri
                                           Lee Squitieri
                                    32 East 57th Street
                                    12th Floor
                                    New York, New York 10022
                                    (212) 421-6492