UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMY R. GURVEY,                                  CIVIL ACTION NO.:
                                                06-CV-1202 (BSJ)
               Plaintiff,

       -against-

COWAN, LIEBOWITZ & LATMAN, PC,
CLEAR CHANNEL COMMUNICATIONS,
INC., INSTANTLIVE CONCERTS, LLC,
LIVE NATION, INC., NEXTICKETING, LLC,
DALE HEAD, STEVE SIMON and DOES I-VIII,
INCLUSIVE,

               Defendants.
------------------------------------------------------------x

## DECLARATION OF LEE SQUITIERI
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Lee Squitieri say and declare as follows:

      1.     I am an attorney duly licensed to practice law in the State of New York. I have been admitted pro hac vice in this action. I am currently a Partner with the law firm of Squitieri & Fearon, LLP, counsel for Plaintiffs in this matter. I have personal knowledge of the facts set forth in this declaration, and if called forth as a witness, could and would testify to the following facts.

      2.     On March 17, 2010 my firm was discharged by Plaintiff Amy Gurvey in all matters pending before this Court.

      3.     For the foregoing reason, Squitieri & Fearon, LLP and Lee Squitieri respectfully request leave to withdraw as counsel of record for Plaintiff Amy Gurvey.

      4.     If the Court so requires, I am willing to provide additional information about the reasons for its withdrawal to the Court *in camera*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st Day of April in New York, New York.

                                                    /s/ Lee Squitieri
                                                    Lee Squitieri