```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMY R. GURVEY,                                              :
                                        Plaintiff,          :
                                                            :     06 Civ. 1202 (LGS)
           -against-                                        :
                                                            :     ORDER AND OPINION
COWAN, LEIBOWITZ & LATHMAN, P.C., et                        :
al.,                                                        :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by correspondence filed July 30, 2014 (Docket No. 258), Plaintiff informed the Court that she wishes to withdraw her pending motions, "includ[ing] but not limited to" the motion for reconsideration of the discovery orders entered by Magistrate Judge Pitman (Docket No. 213), the motion for a certificate of appealability (Docket No. 246); the motion to disqualify counsel (Docket No. 233), and "other pending motions"; it is hereby

**ORDERED** that the above named motions are denied as moot.

**ORDERED** that, to the extent Plaintiff seeks to withdraw other pending motions, including the motion to remand (Docket Nos. 201, 203) and the motion to file and serve a 6th Amended Complaint (Docket No. 207); they are denied as moot.

The Clerk of Court is directed to close the motions at Docket Nos. 213, 246 and 233, and at Docket No. 201, 203 and 207.

The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: August 7, 2014
       New York, New York

                                    LORNA G. SCHOFIELD
                                    **UNITED STATES DISTRICT JUDGE**