```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMY R. GURVEY,                                              :
                                    Plaintiff,              :
                                                            :    06 Civ. 1202 (LGS)
            -against-                                       :
                                                            :    ORDER AND OPINION
COWAN, LEIBOWITZ & LATHMAN, P.C., et                        :
al.,                                                        :
                                    Defendants.             :
                                                            :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2014

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated August 8, 2014 (Docket No. 263), Plaintiff requested a conference before the Court; it is hereby

**ORDERED** that the parties shall appear for a conference on September 2, 2014, at 11:40 a.m. to address the parties' outstanding motions.

The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: August 13, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**