UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2017

AMY R. GURVEY,

                Plaintiff,

        -against-

COWAN, LIEBOWITZ & LATMAN, P.C., et al.,

               Defendants.

-------------------------------------------------------------X

06 Civ. 1202 (LGS)

OPINION AND ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that pro se Plaintiff Amy R. Gurvey shall not call or contact Chambers directly, but instead shall communicate with the Court solely through the Pro Se Office.

Plaintiff is reminded that, per the Order dated September 17, 2015, "Plaintiff will receive the balance of the funds she deposited [with the Court], if any, after this case is closed and all appeals have been exhausted."

If Plaintiff requires further assistance, she may contact the Legal Assistance Clinic, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in the Southern District of New York. Additional information about the Legal Assistance Clinic is available on the Southern District of New York's website: http://www.nysd.uscourts.gov/prose?clinic.

New York, New York

July 7, 2017

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE