```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMY R. GURVEY,                                              :
                              Plaintiff,                    :
                                                            :    06 Civ. 1202 (LGS)
              -against-                                     :
                                                            :    ORDER
COWAN, LIEBOWITZ & LATMAN, P.C., et al.,                    :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Opinion and Order dated July 6, 2017 (the "Order"), Defendants' motion for summary judgment on the claims of attorney malpractice and breach of fiduciary duty was granted based on violations of statutes of limitations and insufficiency of the evidence, and Plaintiff's cross-motion for leave to amend was denied as untimely and futile (Dkt. No. 408);

WHEREAS, on July 7, 2017, the Clerk of Court entered judgment (Dkt. No. 409);

WHEREAS, on September 1, 2017, a notice of appeal was filed (Dkt. No. 419);

WHEREAS, by letter dated November 23, 2018, Plaintiff moved for an indicative ruling under Federal Rules of Civil Procedure 60 and 62.1 (Dkt. No. 423);

WHEREAS, on January 25, 2019, the Second Circuit issued its mandate affirming the Opinion and Order dated July 6, 2017 (Dkt. No. 424); it is hereby

**ORDERED** that the motion for an indicative ruling is DENIED as moot.

The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff.

Dated: January 29, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**