UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AMY R. GURVEY,
                      Plaintiff,

          -against-

COWAN, LIEBOWITZ & LATMAN PC, et al.,

                      Defendants.
------------------------------------------------------------X

06 Civ. 1202 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Court's Finance Department can only accept certified checks. The Court's website lists appropriate methods of payment of fees, including certified check and money order, at https://www.nysd.uscourts.gov/programs/fees;

    WHEREAS, Plaintiff submitted an improper payment type. It is hereby

    **ORDERED** that the Clerk of Court shall return the improper payment. Plaintiff is advised that to cure the improper payment, Plaintiff shall make the payment using one of the appropriate payment methods listed on the Court's website.

    The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

Dated: February 18, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**