UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AMY R. GURVEY,
                      Plaintiff,

      -against-                        06 Civ. 1202 (LGS)

COWAN, LIEBOWITZ & LATHMAN, PC, et al.,            ORDER
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 7, 2022, Plaintiff submitted a letter to Judge Castel in his capacity as Chair of the Court's Grievance Committee;

WHEREAS, the letter was received by the Court on March 9, 2022, and docketed in the above-captioned case. It is hereby

**ORDERED** that the letter is stricken from the docket because it pertains to an attorney disciplinary matter handled by the Grievance Committee.

The Clerk of Court is respectfully directed to (1) strike the entries and letters at Dkt. Nos. 442 and 443 from the record and (2) ensure the letter reaches the Grievance Committee, if it has not already.

Dated: March 10, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**